FILED

AUG 0 3 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

UNITED STATES OF AMERICA

VS.                                    DOCKET NO. P-10-CR-0159

KATHLEEN BRANDENBURG

## O R D E R

On the _3RD_ day of _August_, 2010, the Court considered the

Motion for Substitution of Counsel of RICHARD ALVARADO, Movant, and ORDERS:

THAT, RICHARD ALVARADO be substituted as counsel for KATHLEEN

BRANDENBURG, Defendant.

SIGNED on this the _3RD_ day of _August_, 2010.

_____
J U D G E  PRESIDING